IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TANYA HOUSLEY,[1] | § | |
| | § | No. 506, 2025 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CS24-05425 |
| DEAN GARDNER, JR., | § | |
| | § | Petition Nos. 24-11389 |
| Respondent Below, | § | 24-30107 |
| Appellee. | § | 24-23490 |
| | § | 24-30088 |

Submitted: March 2, 2026
Decided: April 6, 2026

## ORDER

On February 9, 2026, the Chief Deputy Clerk, issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Family Court appeal preparation fee. Postal records show that the notice to show cause was delivered by February 17, 2026. A timely response to the notice to show cause was due by February 27, 2026. To date, the appellant has not paid the Family Court fee or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, that this appeal is dismissed under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice